

IN THE
TENTH COURT OF APPEALS

No. 10-17-00308-CR

ERNEST EARL WASHINGTON, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2016-1709-C2

## ORDER

Appellant's motion for rehearing was filed on October 20, 2017. The Court requests a response from the State. *See* TEX. R. APP. P. 49.2. Any response must be filed within 14 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed October 25, 2017

